Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **John A. Purcell**
**Eileen A. Purcell**

Debtor(s)

Case No.: **16-20558**
Judge:
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original  ■ Modified/Notice Required  ■ Discharge Sought
☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **100.00 Monthly** to the Chapter 13 Trustee, starting on **June 01, 2016** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
 ■ Future Earnings
 ☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Brian S. Thomas | Attorney Fees | 1,700.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Nationstar Mortgage** | **30 Mimosa Road North Cape May, NJ 08204  Cape May County** | **30,960.00** | **180,000.00** | **1st mortgage M&T Bank Mortgage - 198,996.00** | **No value** | **N/A** | **0.00** |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**M&T Bank Mortgage**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **-NONE-** | | |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

    ____    Not less than $____ to be distributed *pro rata*

    ____    Not less than ___ percent

    __x__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **-NONE-** | | | |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Nationstar Mortgage | 30 Mimosa Road North Cape May, NJ 08204  Cape May County | 30,960.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
 ■ Upon Confirmation
 ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
 1) Trustee Commissions
 2) **Other Administrative Claims**

4

| | | |
|---|---|---|
| 3) | Secured Claims | |
| 4) | Lease Arrearages | |
| 5) | Priority Claims | |
| 6) | General Unsecured Claims | |

**d. Post-petition claims**

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| To comply with order approving mortgage modification. No material changes. | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ■ Yes | ☐ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date _____    /s/ Brian S. Thomas
                                **Brian S. Thomas**
                                Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____    /s/ John A. Purcell
                                **John A. Purcell**
                                Debtor

Date: _____    /s/ Eileen A. Purcell
                                **Eileen A. Purcell**
                                Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 16-20558-JNP
John A. Purcell                                                                       Chapter 13
Eileen A. Purcell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jan 18, 2017
                              Form ID: pdf901          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
```
db/jdb         +John A. Purcell,    Eileen A. Purcell,    30 Mimosa Drive,    North Cape May, NJ 08204-3525
516208450      +21st Century Insurance,    PO Box 5300,    Binghamton, NY 13902-5300
516406942       Apex Asset Management, LLC,    Cape Regional Medical,    PO Box 5407,    Lancaster, PA 17606-5407
516208452      +Atlanticare Regional Medical Center,     PO Box 786361,    Philadelphia, PA 19178-6361
516386384      +Bayview Loan Servicing, LLC,    c/o McCalla Raymer Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
516208467     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot,    PO Box 182676,    Columbus, OH 43218)
516208454      +Cape Regional Phys Assoc,    PO Box 593,    Cape May Court House, NJ 08210-0593
516443295       Capital Health Hospitals,    c/o CCCB,    PO Box 336,    Raritan, NJ 08869-0336
516208455      +Capital Health System,    750 Brunswick Avenue,    Trenton, NJ 08638-4143
516208456      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
516273998       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516208457      +Castello Solar I,    PO Box 4387,    Portland, OR 97208-4387
516208458      +Chase,   PO Box 15251,    Wilmington, DE 19886-5251
516208459      +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
516208460       Comenity - Haband,    PO Box 659707,    San Antonio, TX 78265-9707
516208461      +Comenity - Woman Within,    PO Box 659728,    San Antonio, TX 78265-9728
516286606      +Country Door,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516208464      +First Premier,    PO Box 5524,    Sioux Falls, SD 57117-5524
516208465      +Genesis Healthcare,    1361 Route 72 West,    Manahawkin, NJ 08050-2402
516208466      +Gettington.com,    PO Box 166,    Newark, NJ 07101-0166
516208468      +Jefferson University,    PO Box 40089,    Philadelphia, PA 19106-0089
516208469      +Lower Township Rescue,    PO Box 89,    Villas, NJ 08251-0089
516433716       M&T Bank,    P.O. Box 840,    Buffalo, NY 142440-1288
516208471      +M&T Bank Mortgage,    PO Box 900,    Millsboro, DE 19966-0900
516343786      +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516208473       Nationstar Mortgage,    PO Box 199400,    Dallas, TX 75219
516230272      +Nationstar Mortgage LLC,    c/o Aldridge Pite LLP,    4375 Jutland Drive,    Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
516208474      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
516208475      +Shop Now Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
516332565      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,    Dallas TX 75261-9096
516208477      +Thomas Jefferson University Hospital,    The Curtis Center, 9th Floor,
                 170 South Independence Square West,    Philadelphia, PA 19106-3341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2017 23:38:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2017 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516208451      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 18 2017 23:38:03      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516208453      +E-mail/Text: lriley@caperegional.com Jan 18 2017 23:37:47      Cape Regional Medical Center,
                 2 Stone Harbor Boulevard,    Cape May Court House, NJ 08210-2138
516208462      +E-mail/Text: creditonebknotifications@resurgent.com Jan 18 2017 23:37:34       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516208463      +E-mail/Text: mrdiscen@discover.com Jan 18 2017 23:37:27      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
516220639       E-mail/Text: mrdiscen@discover.com Jan 18 2017 23:37:27      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516388162       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2017 23:36:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516334824       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2017 23:36:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516208470     ++E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 23:36:40      Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516208472      +E-mail/Text: aaron.yarber@amgh.us Jan 18 2017 23:38:45      Med Trans,    PO Box 708,
                 West Plains, MO 65775-0708
516434614       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2017 23:43:54
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516406772      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2017 23:38:38      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516381200       E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2017 23:38:13
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516277022       E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2017 23:38:13
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516321159       E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2017 23:38:13
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jan 18, 2017
                              Form ID: pdf901          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516208476      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 23:35:55      Synchrony Bank/Walmart,
                PO Box 965024,   Orlando, FL 32896-5024
                                                                                            TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
```
              Brian S. Thomas    on behalf of Debtor John A. Purcell brian@brianthomaslaw.com
              Brian S. Thomas    on behalf of Joint Debtor Eileen A. Purcell brian@brianthomaslaw.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for CWHEQ Home Equity Loan Asset Backed Certificates, Series 2006-S4
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
                                                                                             TOTAL: 6
```