**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John A. Purcell | Social Security number or ITIN   xxx–xx–6197 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Eileen A. Purcell | Social Security number or ITIN   xxx–xx–6681 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–20558–JNP | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John A. Purcell

   Eileen A. Purcell
   aka Eileen A. Fialkowski

<u>8/6/21</u>

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
John A. Purcell  
Eileen A. Purcell  
    Debtors

Case No. 16-20558-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John A. Purcell, Eileen A. Purcell, 30 Mimosa Drive, North Cape May, NJ 08204-3525 |
| 516208450 | + | 21st Century Insurance, PO Box 5300, Binghamton, NY 13902-5300 |
| 516406942 | | Apex Asset Management, LLC, Cape Regional Medical, PO Box 5407, Lancaster, PA 17606-5407 |
| 516208452 | + | Atlanticare Regional Medical Center, PO Box 786361, Philadelphia, PA 19178-6361 |
| 516386384 | + | Bayview Loan Servicing, LLC, c/o McCalla Raymer Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 516208467 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218 |
| 516208454 | + | Cape Regional Phys Assoc, PO Box 593, Cape May Court House, NJ 08210-0593 |
| 516443295 | | Capital Health Hospitals, c/o CCCB, PO Box 336, Raritan, NJ 08869-0336 |
| 516208455 | + | Capital Health System, 750 Brunswick Avenue, Trenton, NJ 08638-4143 |
| 516208457 | + | Castello Solar I, PO Box 4387, Portland, OR 97208-4387 |
| 516208465 | + | Genesis Healthcare, 1361 Route 72 West, Manahawkin, NJ 08050-2402 |
| 516208468 | + | Jefferson University, PO Box 40089, Philadelphia, PA 19106-0089 |
| 516208469 | + | Lower Township Rescue, PO Box 89, Villas, NJ 08251-0089 |
| 516433716 | | M&T Bank, P.O. Box 840, Buffalo, NY 142440-1288 |
| 516208471 | + | M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 516208473 | | Nationstar Mortgage, PO Box 199400, Dallas, TX 75219 |
| 516230272 | + | Nationstar Mortgage LLC, c/o Aldridge Pite LLP, 4375 Jutland Drive, Suite 200, PO Box 17933 San Diego, CA 92177-7921 |
| 518151497 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518151498 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 516332565 | + | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 516208477 | + | Thomas Jefferson University Hospital, The Curtis Center, 9th Floor, 170 South Independence Square West, Philadelphia, PA 19106-3323 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516208451 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 06 2021 20:27:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516208453 | + | Email/Text: lriley@caperegional.com | Aug 06 2021 20:27:11 | Cape Regional Medical Center, 2 Stone Harbor Boulevard, Cape May Court House, NJ 08210-2138 |
| 516208456 | + | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One, PO Box 71083, Charlotte, NC |

Case 16-20558-JNP    Doc 54    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Notice Type | Date | Recipient |
|---|---|---|---|
| 516273998 | EDI: CAPITALONE.COM | Aug 07 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516208459 | + EDI: CITICORP.COM | Aug 07 2021 00:23:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 516208460 | EDI: WFNNB.COM | Aug 07 2021 00:23:00 | Comenity - Haband, PO Box 659707, San Antonio, TX 78265-9707 |
| 516208461 | + EDI: WFNNB.COM | Aug 07 2021 00:23:00 | Comenity - Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |
| 516286606 | + EDI: CBS7AVE | Aug 07 2021 00:23:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516208462 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2021 20:34:55 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516208463 | + EDI: DISCOVER.COM | Aug 07 2021 00:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 516220639 | EDI: DISCOVER.COM | Aug 07 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516208464 | + EDI: AMINFOFP.COM | Aug 07 2021 00:23:00 | First Premier, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 516208466 | + EDI: BLUESTEM | Aug 07 2021 00:23:00 | Gettington.com, PO Box 166, Newark, NJ 07101-0166 |
| 516208458 | EDI: JPMORGANCHASE | Aug 07 2021 00:23:00 | Chase, PO Box 15251, Wilmington, DE 19886 |
| 516388162 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:34:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516334824 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:34:56 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516208470 | + EDI: RMSC.COM | Aug 07 2021 00:23:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516208472 | + Email/Text: aaron.yarber@amgh.us | Aug 06 2021 20:27:00 | Med Trans, PO Box 708, West Plains, MO 65775-0708 |
| 516343786 | + EDI: MID8.COM | Aug 07 2021 00:23:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516434614 | EDI: PRA.COM | Aug 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516406772 | + EDI: JEFFERSONCAP.COM | Aug 07 2021 00:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516321159 | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516381200 | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516277022 | EDI: Q3G.COM | Aug 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516208475 | + EDI: CBSAMERIMARK | Aug 07 2021 00:23:00 | Shop Now Pay Plan, PO Box 2852, Monroe, WI 53566-8052 |
| 516208476 | + EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 49 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516208474 | ##+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian S. Thomas | on behalf of Debtor John A. Purcell brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Eileen A. Purcell brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWHEQ Home Equity Loan Asset Backed Certificates Series 2006-S4 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

TOTAL: 8