Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–20558–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John A. Purcell
30 Mimosa Drive
North Cape May, NJ 08204

Eileen A. Purcell
aka Eileen A. Fialkowski
30 Mimosa Drive
North Cape May, NJ 08204

Social Security No.:
xxx–xx–6197

xxx–xx–6681

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 7, 2021

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court